UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:22-cv-80668-WPD

HOWARD COHAN,

      Plaintiff,

vs.


HILLSTONE RESTAURANT GROUP, INC.
a Foreign Profit Corporation
d/b/a HOUSTON'S RESTAURANT

      Defendant(s).

_____/

## **NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a notice of voluntary dismissal with prejudice within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED June 10, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorneys for Plaintiff

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's counsel, Brett Coburn, Esq., via email at: Brett.Coburn@alston.com.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2