UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80668-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

HILLSTONE RESTAURANT GROUP, INC.,

    Defendant.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 9], filed herein on June 21, 2022.  The Court has considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.    The Notice [DE 9] is hereby **APPROVED;**

2.    This action is hereby **DISMISSED WITH PREJUDICE**;

3.    The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 21st day of June, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record